IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNICARE LIFE AND HEALTH INSURANCE COMPANY<br><br>Plaintiff-Stakeholder<br><br>v.<br><br>DONALD R. MARTEL, MICHELLE MARTEL LANDRY<br><br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)  04-30009-KPN<br>)<br>)<br>)<br>) |

FILED
IN CLERK'S OFFICE

04 JAN -9 P 3: 10

U.S. DISTRICT COURT
DISTRICT OF MASS

MOTION TO DEPOSIT FUNDS IN ACCORDANCE

WITH F.R.C.P. 28 §1335

The Plaintiff, Unicare Life and Health Insurance Company moves this Honorable Court to deposit funds in the amount of Four Thousand Seven Hundred Seventy Four Dollars and fifteen cents ($4774.15) on its behalf in a non-interest bearing account to be held there until the time that the Court decides how to disperse the funds to the Defendants in the instant matter.

UNICARE Life and Health
Insurance Company'
By its Attorney,

David B. Crevier, BBO 557242
Crevier & Ryan LLP
1500 Main Street, Suite 2020
Springfield, MA 01115-5532
(413) 787-2400
(413) 781-8235 (fax)

F:\Files\Unicare\Martel\Mot to Deposit Funds.doc

1