IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNICARE LIFE AND HEALTH INSURANCE COMPANY | ) ) ) |
| Plaintiff-Stakeholder | ) ANSWER OF THE DEFENDANT ) DONALD MARTEL |
| v. | ) ) |
| DONALD R. MARTEL, MICHELLE MARTEL LANDRY | ) ) ) |
| Defendant/Claimants | ) ) |

Now comes the defendant Donald Martel, and makes the following answer to the complaint of the Plaintiff-Stakeholder, Unicare Life and Health Insurance Company:

1. The Defendant Martel. admits the allegations in paragraph one of the complaint.

2. The Defendant Martel. admits the allegations in paragraph two of the complaint.

3. The Defendant Martel. admits the allegations in paragraph three of the complaint.

4. The Defendant Martel admits that this court has jurisdiction of the matter.

5. The Defendant Martel admits that venue is appropriate.

6. The Defendant Martel admits the allegations in paragraph six of the complaint.

7. The Defendant Martel admits the allegations in paragraph seven of the complaint.

8. The Defendant Martel admits the allegations in paragraph eight of the complaint.

9. The Defendant Martel admits the allegations in paragraph nine of the complaint.

10. The Defendant Martel admits the allegations in paragraph ten of the complaint.

11. The Defendant Martel admits the allegations in paragraph eleven of the complaint.

12. The Defendant Martel admits the allegations in paragraph twelve of the complaint.

13. The Defendant Martel admits the allegations in paragraph thirteen of the complaint.

14. The Defendant Martel admits the allegations in paragraph fourteen of the complaint.

15. This paragraph calls for a legal conclusion and requires no response.

## Cross-Claim

16. The Defendant, Donald Martel is entitled to the entire remaining proceeds now deposited with this court.

WHEREFORE, The Defendant Donald Martel demands that this court order and adjudge:

1. That the stake tendered be accepted and order the clerk to place said amount in an interest-bearing account pending decision as to the rightful claimant;

2. That Unicare be discharged from any further duties regarding said sum such that further expense on its part is not necessary;

3. That Unicare not recover fees or costs because of unreasonable delay in bringing this claim and in failing to apprise Defendant-Martel of a claimant to the stake which delayed institutions of these proceedings.

4. That this court order that Defendant-Martel is entitled to the stake.

Respectfully Submitted,

The Defendant,
DONALD MARTEL

By His Attorney,

*[signature]*
William T. Walsh, Jr., Esquire
73 State Street, Suite 200
Springfield, MA 01103
Telephone:  413-746-9500
Facsimile:  413-746-0510
BBO: 515300