# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**UNICARE LIFE AND HEALTH INSURANCE COMPANY**
      **Plaintiff**

**V.**

**DONALD R. MARTIN, MICHELLE MARTEL LANDRY**
      **Defendant**

**CIVIL ACTION**

**NO. 04-30009-KPN**

## NOTICE OF DEFAULT

Upon application of the Plaintiff, **Unicare Life and Health Insurance Company** for an order of Default for failure of the Defendant, **Michelle Martel Landry** to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this **7** day of **May**, 2004.

      Tony Anastas, Clerk

      By: /s/ *Maurice G. Lindsay*
      Maurice G. Lindsay, Deputy Clerk

**Notice mailed to:**

- ❏ Plaintiff's Counsel
- ❏ Michelle Martel Landry, at 21662 Indian Bayou Drive, Fort Myers, Florida 33931