UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNICARE LIFE AND HEALTH
INSURANCE CO.
       Plaintiff(s)

v.                   CIVIL ACTION NO. 04-30009-KPN

MICHELLE MARTEL LANDRY,
       Defendant(s)

### DEFAULT JUDGMENT IN A CIVIL CASE

☐ **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

**DEFAULT JUDGMENT FOR THE PLAINTIFF PURSUANT TO F.R.CIV.P. 55(b)(1), THE DEFENDANT MICHELLE MARTEL LANDRY HAVING NO CLAIM TO THE DEPOSITED FUNDS.**

                                          TONY ANASTAS,
                                          CLERK OF COURT

Dated: 6/4/04                      By /s/ *John C. Stuckenbruck*
                                          Deputy Clerk