IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-30009-KPN

| | | |
|---|---|---|
| UNICARE LIFE AND HEALTH<br>INSURANCE COMPANY<br>Plaintiff | ) ) ) ) ) | |
| v. | ) ) | Joint Statement of the Parties |
| DONALD R. MARTEL, et al.,<br>Defendants, | ) ) ) ) ) | |

Now come the parties who have entered appearances in the above case and agree jointly on the following statement as ordered by the court.

1.    Joint Discovery Plan:

The parties do not see the necessity for discovery of any kind given the nature of the case and the amount of money involved. The action is one of interpleader which was filed in the Federal court because of the need to obtain jurisdiction over all interested parties. The amount of the stake is under five thousand dollars ($5,000.00).

2.    Motion Filing:

The parties propose that the claimant file a motion for summary judgment under F.R.C.P.56 on or before July 15, 2004, that it not contain a detailed statement of facts as such a statement is not necessary and that the stakeholder file a response, if it chooses to do so, on or before July 29, 2004. The parties anticipate that the motion be decided on the documents submitted on such timetable as this court determines. Unicare reserves the right to seek reimbursement for its legal fees and expenses associated with Interpleading the death benefit at issue in this litigation. To the event the parties do not reach agreement on this issue, Unicare may file a motion seeking recovery of its attorney's fees and costs on or before July 15, 2004.

2A.   **Certification Regarding Costs And Alternate Dispute Resolution**

We hereby certify that we have conferred with a view to establishing a budget for

the costs of conducting the full course —and various alternative courses— of the

litigation; and that we have considered the resolution of the litigation through the

use of alternative dispute resolution programs such as those outlined in Local

Rule 16.4.

Unicare Life and Health Insurance Company,

By: *Theresa Barrett*
Its: *Counsel*

Counsel to, Unicare Life and Health Insurance Company

Theodore F. Glockner

2B.    Certification Regarding Costs And Alternate Dispute Resolution:

We hereby certify that we have conferred with a view to establishing a budget for the costs of conducting the full course and various alternative courses of the litigation; and that we have considered the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Donald Martel,


By:    William T. Walsh, Jr., Esquire
Its:


Counsel to, Donald Martel,


By:    William T. Walsh, Jr., Esquire
Its: