UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNICARE LIFE AND HEALTH INSURANCE COMPANY, Plaintiff | ) ) ) ) | |
| v. | ) ) ) | Civil Action No. 04-30009-KPN |
| DONALD R. MARTEL, et al., Defendants | ) ) ) | |

SCHEDULING ORDER
June 29, 2004

NEIMAN, U.S.M.J.

The following schedule was established at the initial scheduling conference held this day: The remaining parties shall file their agreement for judgment, together with a motion for disbursement of funds, by July 14, 2004.

IT IS SO ORDERED.

    /s/ Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge