IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNICARE LIFE AND HEALTH INSURANCE COMPANY ) | Civil Action No. 04-CV-30009-KPN |
| Plaintiff-Stakeholder ) | |
| v. ) | |
| DONALD R. MARTEL ) | |
| Defendant-Claimant ) | |

## AGREEMENT FOR JUDGMENT

**NOW COMES** Plaintiff /Stakeholder Unicare Life and Health Insurance Company ("Unicare") and Defendant /Claimant Donald Martel ("Martel"), and pursuant to Rule 58 of the Federal Rules of Civil Procedure, hereby agree that judgment shall be entered against Unicare in the amount of $4774.15, representing the entire Stake in this interpleader action.

Respectfully Submitted,
Defendant-Claimant, Donald Martel
By his Attorney:

s/William T. Walsh
William T. Walsh, Esq.
73 State Street, Suite 200
Springfield, MA 01103
Tel. 413-746-9500
Fax: 413-746-0510
BBO. No. 515300

Respectfully Submitted,
Plaintiff-Stakeholder Unicare
Life & Health Insurance Company,
By its Attorney:

s/Theodore F. Glockner
Theodore F. Glockner, Esq.
Crevier & Ryan, LLP.
1500 Main Street, Suite 2020
Springfield, MA 01115
Tel. 413-787-2400
Fax. 413-781-8235
BBO. No. 629469