```
              UNITED STATES DISTRICT COURT

                DISTRICT OF MASSACHUSETTS
```

**UNICARE LIFE & HEALTH**
**INSURANCE CO.,**
        Plaintiff


v.                                                          CA 04-30009-KPN


**DONALD R. MARTEL,**
        Defendant


<u>ORDER OF DISBURSEMENT</u>

July 29, 2004

**NEIMAN, M.J.**

    It is hereby ordered that the Clerk disburse the amount of $2,000.00 to Crevier & Ryan, LLP, 1500 Main St., Suite 2020, Springfield, MA 01115. $2,774.15 shall be distributed to William T. Walsh, Esq. and Donald R. Martel, both as payees, and mailed to William T. Walsh, Esq., 73 State St., Suite 200, Springfield, MA 01103.

    It is so ordered.


                                      /s/ Kenneth P. Neiman
                                    **United States Magistrate Judge**